# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**   **Category No.** II   **Investigating Agency** HSI

**City** Tyngsborough       **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. ____   Case No. ____
Same Defendant ____   New Defendant ____
Magistrate Judge Case Number   23-mj-1215-DLC
Search Warrant Case Number ____
R 20/R 40 from District of ____

## Defendant Information:

**Defendant Name** Lindsay Groves   **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** ____

**Address** (City & State) Hudson, NH

**Birth date (Yr only):** 1985   **SSN (last4#):** 2855   **Sex** F   **Race:** White   **Nationality:** USA

**Defense Counsel if known:** Jessica Thrall   **Address** Federal Public Defender Office

**Bar Number** ____   50 Sleeper Street Boston, MA 02210

## U.S. Attorney Information:

**AUSA** Jessica L. Soto; Anne Paruti   **Bar Number if applicable** 683145; 670356

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: ____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** ____

☐ Already in Federal Custody as of ____ in ____ .
☑ Already in State Custody at Hillsborough County DOC   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ____   on ____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 07/26/2023   **Signature of AUSA:** _[signature]_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Lindsay Groves

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C.§§2251(a),(e) and 2 | Sexual Exploitation of Children; Aiding and Abetting | 1 |
| Set 2 | 18 U.S.C.§§2251(a),(e) and 2 | Sexual Exploitation of Children; Aiding and Abetting | 2 |
| Set 3 | 18 U.S.C.§§2251(a),(e) and 2 | Sexual Exploitation of Children; Aiding and Abetting | 3 |
| Set 4 | 18USC2252A(a)(2)(A),(b)(1) | Distribution of Child Pornography | 4 |
| Set 5 | 18 U.S.C. § 2253 | Forfeiture Allegation | - |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Co-defendant of Stacie Marie Laughton, charged in same indictment