# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:**  Category No. __II__   Investigating Agency __HSI__

**City** __Tyngsborough__

**County** __Middlesex__

**Related Case Information:**
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number __23-mj-1322-DLC__
Search Warrant Case Number __23-mj-1216-DLC__
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name __Stacie Marie Laughton__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __Derry, NH; Nashua, NH__

Birth date (Yr only): __1984__   SSN (last4#): __1162__   Sex __T/M__   Race: __White__   Nationality: __USA__

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

## U.S. Attorney Information:

AUSA __Jessica L. Soto; Anne Paruti__   Bar Number if applicable __683145; 670356__

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __Hillsborough County DOC__   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty ——   ☐ Misdemeanor ——   ☑ Felony __3__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __07/27/2023__   Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Stacie Marie Laughton

### U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2251(a),(e) and 2 | Sexual Exploitation of Children; Aiding and Abetting | 1 |
| Set 2 | 18 U.S.C. §§ 2251(a),(e) and 2 | Sexual Exploitation of Children; Aiding and Abetting | 2 |
| Set 3 | 18 U.S.C. §§ 2251(a),(e) and 2 | Sexual Exploitation of Children; Aiding and Abetting | 3 |
| Set 4 | 18 U.S.C. § 2253 | Forfeiture Allegation | - |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Co-defendant of Lindsay Groves, charged in same indictment