UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No.: 23-cr-10202-FDS |
| v.                                                         ) | |
| ) | |
| LINDSAY GROVES and                       ) | |
| STACIE MARIE LAUGHTON,          ) | |
| ) | |
| Defendants.          ) | |

**JOINT STATUS REPORT**

Pursuant to Local Rule 116.5(a), the parties hereby file the following status report prepared in connection with the status conference scheduled for September 28, 2023.

(1) <u>Automatic Discovery/Pending Discovery Requests</u>

The Government provided automatic discovery on September 5, 2023. The defendant is reviewing the discovery materials and does not yet know whether she will make additional discovery requests. Counsel for the defendant will make an appointment to view contraband evidence at the offices of Homeland Security Investigations.

(2) <u>Additional Discovery</u>

The Government does not anticipate providing any additional pre-trial discovery at this time in the absence of specific requests from the defendant.

(3) <u>Timing of Additional Discovery Requests</u>

The defendant does not yet know whether she will request additional discovery.

(4) <u>Protective Orders</u>

There is no need for a protective order at this time.

(5) <u>Pretrial Motions</u>

      The defendant has not yet determined whether she will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6)      <u>Expert Discovery</u>

      The Government agrees to provide any expert witness disclosures 21 days prior to trial. The Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)      <u>Speedy Trial Act</u>

      All of the time has been excluded from the defendant's initial appearance/arraignment through the date of the initial status conference scheduled for September 28, 2023. The parties request that the time be excluded until the interim status conference. The parties agree that this period constitutes "the reasonable time necessary for effective preparation, taking into account the exercise of due diligence," and that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

(8)      <u>Next Status Conference</u>

      Given all of the foregoing information, the parties request that the initial status conference, scheduled for September 28, 2023, be canceled. The parties request an interim status conference in approximately 30 days.

      Respectfully submitted,

      JOSHUA S. LEVY
      Acting United States Attorney

<u>/s/ Jessica Thrall</u>      By:      <u>/s/ Anne Paruti</u>
Jessica Thrall      Jessica L. Soto
Attorney for Lindsay Groves      Anne Paruti
      Assistant U.S. Attorneys

Dated: September 27, 2023

## **CERTIFICATE OF SERVICE**

      This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

/s/ Anne Paruti
Assistant U.S. Attorney

Dated: September 27, 2023