UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>                                                       )<br>     v.                                            )     CRIMINAL NO.:  23-CR-10202-FDS<br>                                                       )<br>LINDSAY GROVES                      ) | |

**DEFENDANT'S EXHIBIT TO RULE 11 HEARING**

Now comes the Defendant, Lindsay Groves, by and through her attorney, Jessica Thrall, who provides a video of a meeting on October 8, 2025 as an exhibit to the Rule 11 Hearing scheduled for October 14, 2025.

LINDSAY GROVES

By her Attorney

*/s/ Jessica P. Thrall*
Jessica P. Thrall, B.B.O. 670412
Assistant Federal Public Defender
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
617- 223- 8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 14, 2025.

*/s/ Jessica Thrall*
Jessica Thrall