Judge Saylor,

As parents of Lindsay Groves we would like to give you some information in order for you to know her better.

Lindsay was a premature baby. She was slower to develop than most babies. As she got a little older her speech was very much behind. Her pediatrician suggested that we have her tested through the school system when she was 4. They did extensive testing and found that she had speech, language and comprehension handicaps. She was put into a Special Needs kindergarten class for 2 years. She continued to be in the Special Ed program all through her school years.

School was always a struggle. We helped her at home every night. She was always very shy. Her first grade teacher always called us at home very excited whenever she would answer a question or with any positive step forward.

She went to a local community college. Homework was a very difficult thing. we were basically telling her what to write for her assignments. It took her 5 years to complete a 2 year program. The only outside socializing she did was to get involved in sports. This seemed to help bring her out of her shell a bit.

Lindsay is also a very hard worker. She was working 2 jobs 7 days a week. She enjoyed both jobs and the people she worked with. She always showed up early and hated to call in sick even if she wasn't feeling well. She has an excellent work ethic.

Two issues that Lindsay has is that she tends to be far to trusting. She is also very easily manipulated. When Stacie Laughton met Lindsay she picked right up on that and took full advantage. Stacie has always been very open on Facebook and her online radio station about having mental health issues. Stacie is also very controlling and manipulative.

Stacie often referred to Lindsay as her "wife" which was not true. She also hacked into Lindsay's phone and her bank account. She forged Lindsay's signature on the lease to her apartment. Stacie opened 2 credit cards in Lindsay's name to use for herself. In 2022 during about a 3 month period Stacie made 12 false 9-1-1 calls saying that Lindsay was

either overdosing or hurting herself. Most of these calls were made in the middle of the night so that's when the police would show up at our house.

Lindsay was able to get a restraining order against Stacie. Stacie violated the order twice that we know of. At one point Stacie even put something on Facebook saying that Lindsay was dead.

When Lindsay is put into a new situation like moving to a higher grade in school she tends to not be able to express herself or know how to go about asking pertinent questions.

Whenever she had to be somewhere she had never been before she was always nervous about getting there. An example of this was when she worked at the diner she was asked one time to fill in at their second location. So the day before I would take her for a drive and show her how to get to where she needed to go.

We very much miss having Lindsay at home with us. We enjoy taking little day trips or traveling to visit family in Virginia and Georgia. She's very good about helping around the house and she's great company to us.

We worry about Lindsay when we are no longer here. We don't feel she could make it on her own. Through our lawyer we've got it set up that if anything happens to us she will go live with her half sister in Georgia. If for some reason she can't take her when the time comes she would move in with our nephew in Maryland. This is also set up with our lawyer. Lindsay is close to both of them and they are both very willing to take her in.


Sally and Michael Groves