Leo G. Mogavero
Wyatt Detention Facility
950 High Street
Central Falls, RI 02863
(401) 434-8900 (W)
(401) 302-5846 (C)

March 7, 2026

RE: Lindsay Groves (#65938-510)

To: Honorable Judge Dennis Saylor

Dear Judge Saylor,

My name is Leo Mogavero and I am the Chaplain, Pastor, and an educator at the Wyatt Detention Facility in Central Falls, Rhode Island.  I was born, raised, and educated in Boston and have a Master's Degree in Theology. I received my degree from Providence College in 2007.  I am a Third Order Franciscan and a Care Minister with the Catholic Church.

Through many years of Prison Ministries, (including studies in Bible, World Religions, and Philosophy, etc.) this is the first time I have felt compelled to formally request (Psychological assistance) through "help" and "mercy" from our Court System. This need is for Lindsay Groves an inmate currently residing at the Wyatt Detention Facility.

Lindsay speaks with her Mother and Father on a regular basis.  Her parents are her life.  Lindsay is always in (Silent) Prayer (with her Rosary Beads in her hand) and Prayers the Rosary daily with several others as well as watching Religious and Spiritual movies.  I also observe her quietly glancing a youthful Bible remaining on the same page for several minutes.

Your Honor, I am pleading with you regarding Lindsay Groves to have her placed in a Psychiatric Facility. In my opinion, Lindsay is mentally challenged and truly needs to be in an environment where she is able to receive daily counseling, rehabilitation, education, recovery and other services in an institution that can somewhat mend Lindsay's needs as well as prepare her for the "outside".  Also, her medication would be in a better controlled setting.

Judge Saylor, I am not a Medical Doctor, but in all my years in Ministries, I am able to understand the difference in those needing "Prison Incarceration" and one that needs a "Psychological Institution".  I do believe and feel strongly the need for these and other programs for Lindsay to become somewhat of a normal and productive individual in life.

I am most thankful for your time in reviewing my opinion and personal assessment of Lindsay Groves.

Thank you,

Leo G. Mogavero
Third Order Franciscan and Chaplain