# MEMORANDUM

TO:        LINDSAY GROVES CASE FILES
FROM:      J ARSENAULT, FPD INVESTIGATOR
RE:        PATRICK GOODRIDGE INVESTIGATION SUMMARY
DATE:      05/13/2026

In 2021, Groves reported fraudulent activity on her bank account to the Hudson New Hampshire Police Department.  Groves told the Hudson New Hampshire Police Department she suspected Stacie Laughton was the individual stealing from her.  After the police department investigated the matter by obtaining PayPal and Citizens Bank records, charges were filed against Groves and she was subsequently arrested.

In June of 2022, Groves's defense counsel hired Investigator Patrick Goodridge of Champions Law Litigation Services to provide investigation services in connection to the 2021 charges out of Hillsborough County South Superior Court.  Goodridge provided our Office with his investigatory records and notes related to his work on the 2021 case.

According to his notes, in July of 2022 Goodridge reviewed the case discovery as provided by Groves' state counsel.

In August of 2022, Goodridge reviewed Groves's financial account records in the discovery, and he identified transactions in connection to Stacie and Lisa Laughton. Lisa Laughton was Stacie Laughton's wife before Lisa died in 2020.  Via internet searches, Goodridge compiled a list of businesses, online social media posts, and a Venmo account attributed to Stacie Laughton.  Goodridge noted that Stacie listed herself online on Facebook as being married to Lindsay Groves since 2014.  Goodridge gathered Nashua New Hampshire Police Department records on Stacie Laughton.  Regarding these records, Goodridge's case notes state: "*Stacie Laughton has had numerous contacts with members of the Nashua Police Department. The reports are extensive and show that Mrs. Laughton has lied and often uncooperative law enforcement. There are reports that include our client (Lindsay Groves) where Mrs. Laughton makes allegations that our client is her wife and is trying to harm herself.*"

Goodridge also contacted Citizens Bank in August of 2022 to begin the record gathering process.

Goodridge noted that he spoke with Groves on August 18, 2022.  A portion of his notes from that conversation are as follows:

*"She advised that she met Ms. Laughton at her church. She advised that she lived with Mrs. Laughton on Main Street in Nashua for approximately one week and she ended the relationship because Ms. Laughton was controlling and manipulative.  She now suspects that Stacie stole her personal information and banking information during this period of time. She advised that to this day Ms. Laughton "keeps calling me her wife."*

*Ms. Groves advised that Ms. Laughton was recently arrested for calling 911 and falsely claiming she was hurting herself. She advised that she recently obtained a restraining order against Ms. Laughton. Ms. Groves advised that she has never threatened to harm herself. I*

*asked her about a police report that claimed she consumed several sleeping pills. Ms. Groves advised that she has never taken sleeping pills, and this was also a lie."*

According to his notes, Groves also told Goodridge that she did not make the purchases from S&L Green Goods, the company Goodridge identified as belonging to Laughton.  Goodridge found that Stacie Laughton had been arrested previously for identity theft and credit card fraud.  Goodridge requested records from the Nashua New Hampshire Police Department, Laconia New Hampshire Police Department, and the Hudson New Hampshire Police Department and he continued to gather social media materials related to Stacie Laughton.

Goodridge noted that he spoke with Groves on August 25, 2022, and conducted investigation of her online accounts.  A portion of his notes from that investigation are as follows:

*"Ms. Groves explained that in July of 2020 she discovered money missing from her Citizens Bank account. She reported that there were numerous unauthorized transactions and she reported this to Citizens Bank. Citizens Bank closed her account. She opened a new account with Saint Mary's Bank and soon discovered more unauthorized withdrawals from this account. She reported this to the Hudson Police Department in May of 2021. Ms. Groves advised that she doesn't ever remember opening a PAYPAL account and has never had an apple cash account. Ms. Groves advised that she has never used PAYPAL or Apple Cash nor has she ever given anyone authorization to access her accounts. I questioned Ms. Groves about several purchases made to S&L Green Goods. Ms. Groves advised she recognized this to be a company owned by Stacie Laughton and her wife Lisa. She advised that he never authorized any purchases made to this company. She explained that she would often give Laughton money and stated, "it was always cash." Ms. Groves informed me that she suspects that Laughton gained access to her personal information and has stolen her identity. She advised that she use to carry her social security card in her wallet and believes Laughton took a photo of the card along with her credit cards. She advised that Laughton knew her date of birth. Ms. Groves advised that she never provided Laughton any of her security information passwords to any of her accounts.*

*I suspect that Laughton had access to Ms. Groves's email accounts, and we changed the password to her Hotmail account. Ms. Groves provided me with permission to access her Hotmail account. Upon reviewing her account, I observed that Ms. Groves had over 15,000 unopened emails in her inbox. Several of the emails were from financial institutions notifying her of suspected fraud on her account. Ms. Groves advised she doesn't check her email regularly. I noted one email from Citizens Bank dated June 6, 202 notified her of 5 suspicious transactions on her account. Four from Apple.com/bill and one to PAYPAL for S&L Green Goods. None of these transactions were authorized and were all dated June 6, 2020. I observed numerous transactions and some very recent (July 2022) using DOOR DASH. Ms. Groves advised she doesn't use DOOR DASH and the transactions were not authorized. I observed the food for the DOOR Dash transaction was dropped off at 80 Elm Street in Nashua. This is where Laughton resides. Ms. Groves reported that Lisa Laughton had passed away in March of 2020 and that Laughton now lives with Aaron Getchel and Leslie Roman who are friends with Laughton. I observed transactions for INSTACART from BJ's Wholesale Club, Shaw's Supermarket and Spirit Halloween all using Ms. Groves credit cards and all were delivered to 80 Elm Street Nashua. I also observed numerous VENMO transactions on Ms. Groves's bank statements. Ms. Groves advised she doesn't have VENMO and doesn't use its service. I observed two VENMO transactions in Lindsay's name one paying Laughton $25.00 for "ride" and another paying Aaron Getchell $10.00 for "Coffee filters." I made hardcopies of these transactions that will be uploaded into the case file.*

*I started to examine the emails in Ms. Groves's inbox and located additional unauthorized purchases of prescription medication from Walmart that were charged to Ms. Groves but scheduled to be picked up by Stacie Laughton. I also discovered that two loans had been applied for in Ms. Groves's name. One for approximately $9,500 and the second for $2,500. I will upload these to this case file for your review. I observed that Lindsay was receiving emails from the Landlord of 80 Elm Street Nashua regarding rent payments. It appears that someone had added Lindsay to the rental agreement."*

In September of 2022, Goodridge continued to meet with Groves and they determined that accounts such as Venmo, Paypal, doordash, Instacart, and two credit cards listed on Groves's credit report had all been set up fraudulently without her knowledge.  Goodridge also obtained Groves's St Mary's Bank records that month and identified suspicious check activity.

In October of 2022, Goodridge contacted a collection agency that was managing an AT&T account opened fraudulently under Groves's name and was informed that that the email account used to open the account was goinglivewithlindsay@yahoo.com.

The charges of Theft by Deception and False Report to Law Enforcement out of Hillsborough County South Superior Court in New Hampshire were nol-prossed in November of 2022.

END MEMO