Exhibit A

| # | Start Time: Time | Participants | From | To | Participants Timestamps | Body |
|---|---|---|---|---|---|---|
| 14188 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | I didn't say you have a problem with having sex that's not what I was asking |
| 14189 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | Please ask again |
| 14190 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | No, when it has nothing to do with a couple of parents coming in, I asked you this question several times, and you answered them with an answer to another thing that we were talking about, so has nothing to do with the parents coming in because when I ask you, and when you responded, you responded with something else |
| 14191 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Because I didn't ask if you had a problem with sex he know you love sex that wasn't a question and I was in the middle of trying to shower like I just shave my face and I was just ready to get into the shower |
| 14192 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I'm horny right now |
| 14193 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | I was asking because I know we've had some back-and-forth and I know we initially said we do nothing with kids ever again and you said you were afraid that if we had kids if they would go back and tell the parents the same with the kids you work with when I was trying to ask you do you seriously see no problem with sex with children like I had always wanted to put my dick inside one of the little girls you work with, but you said they were too little and then you said I could so I don't know I know you're horny I'm trying to get clean and I already have the hot water running baby_ |
| 14194 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I want to do it with the kids at work |
| 14195 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | Than you can put your dick inside them |
| 14196 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I wasn't being serious about the kids running back and telling their parents |
| 14197 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | Plus I want to do it with kids who use to come here cause they can enjoy it |
| 14198 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Well, I know but you were afraid that the kids at work might tell their parents and we said we would do it if we knew we were not gonna get caught and I was just wondering like like basically you have no problem with that. There was a few other things that I had said outside of the kids that you didn't answer me in a few things I hadn't gotten to like I wanted you to shave your pussy for me for tomorrow because I shaved my chest and my armpits hurt my crotch for you, I know you don't like shaving and I love a bowl pussy_ |

| | | | | | |
|---|---|---|---|---|---|
| 14199 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16039131368 Marie Laughton | | | I don't have my glasses on right now, so I only skim through what you said so once I'm ready to put my glasses on our way to everything you said |
| 14200 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I said I'm not afraid |
| 14201 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I didn't say I don't like shaving my pussy |
| 14202 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I don't know if the kids I work with did anything sexual with each other |
| 14203 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16039131368 Marie Laughton | | | That's not what I was asking I said if they had done that you wouldn't have a problem with things like that |
| 14204 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I said no |
| 14205 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | That's what I said before that I don't have a problem with it |
| 14206 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16039131368 Marie Laughton | | | Yeah |
| 14207 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16039131368 Marie Laughton | | | Loved "Plus I want to do it with kids who use to come her…" |
| 14208 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | You mentioned how I said I was afraid that the kids will run to the parents if we do it with them I wasn't being serious |
| 14209 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16039131368 Marie Laughton | | | OK because like I get concerned about that cause I don't wanna get caught if we do it |

| | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I was joking anyway and you took me serious |
|---|---|---|---|---|---|---|
| 14210 | | | | | | |
| 14211 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Oh I know but I just don't wanna get in trouble. I mean I want to do what we want to do because we like it and we approve of it but others think this is wrong. Lots of parents don't like people touching their kids and it is against the law. |
| 14212 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Would you say you're more attracted to children then you are the couples and your mom and dad I know you're really attracted to me but other than me, or you more attracted to the kids |
| 14213 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Also, would you consider shaving your pussy tonight for me? I mean I completely shaved I haven't taken a look at it yet. |
| 14214 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | Or in the morning cause I do take my shower in the morning |
| 14215 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Well, you can do it whenever you want |
| 14216 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | So you would let me fuck the little girls that you work with |
| 14217 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | And you're not screenshot Ing this and possibly use it against me at all like we're both on the same page we both want to do this and he would let me put my dick inside those little girls I mean what if my dick is too big I mean it's big but it's not that big I think you could fit in there and if it doesn't fit all the way then I could stop I don't want to hurt them |
| 14218 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | If they want your dick inside them |
| 14219 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Would you let the little girls suck my dick |
| 14220 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | It's their choice |
| 14221 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Does it turn you want to talk sexual about the kids? |

| | | | | | |
|---|---|---|---|---|---|
| 14222 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Oh I know it's their choice so we couldn't possibly getting with a couple of kids or one kid one night that may not want to do it |
| 14223 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | So basically, if they don't want to get fucking they don't wanna suck then there's nothing we can do |
| 14224 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | Right cause I'm not forcing them to do it if they don't want it |
| 14225 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Well, I would never force them but I would want to do it with kids that will like to do it if we end up getting a kid one night that doesn't want to do it then it's not gonna be fun |
| 14226 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | So knowing that they might not want to do it, we may not want to do it with them at all with the kids you work with you said the kids that used to go there would enjoy it. I don't know how we would get in touch with them to do that, but we can try soon. |
| 14227 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | You forgot I have their parents on Facebook |
| 14228 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | I'm less horny than I was earlier only because there were several things I asked that you still didn't answer and that I just asked and you didn't answer but that's OK |
| 14229 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I'm horny |
| 14230 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | But what if the kid doesn't want me to fuck them or doesn't wanna suck me? |
| 14231 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | The kids that I use to work with they would want it |
| 14232 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Well, we'll talk more when you get home because you can definitely take your clothes off and do more for me. I know you like to just show your pussy being touched, but sometimes I like touching myself watching you, touch your boobs and show your body off to me and then put something in your pussy the fuck it I also really like when you have a dildo and if you could push that all the way in but you can't find it so it's OK. |
| 14233 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | No we will do it now |
| 14234 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | And then we should try to do with those kids that would want it |

| | | | | | |
|---|---|---|---|---|---|
| 14235 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Well, I can't really do it right now we could text it |
| 14236 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | No I'm going in the bathroom now |
| 14237 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Well, I can't really do it right now but |
| 14238 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I want to |
| 14239 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | But I kind of wanted to enjoy it when you got home |
| 14240 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I'm already naked |
| 14241 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | You're naked |
| 14242 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | Yes in the bathroom |
| 14243 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | Oh baby |
| 14244 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | |
| 14245 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16039131368 Marie Laughton | | | OK I'm in the bathroom. I took my clothes off. I gotta have the fan on low. |
| 14246 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | The fan on in the bathroom at work as well |
| 14247 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I love you babe |

| ID | Date | From | To | | | Message |
|---|---|---|---|---|---|---|
| 14248 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16039131368 Marie Laughton | | | I love you too Sweet Pea |
| 14249 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16039131368 Marie Laughton | | | So I'm going to have that lingerie tomorrow but I don't know if you want me to put it on because I know you said depending on your mood is depending on if you want to get right to it or if you want to take time I personally want one of those times that we kiss, and I slowly take your clothes off and kiss you and you can also fill me up with the lingerie on |
| 14250 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16039131368 Marie Laughton | | | Push the panties to the side that the lingerie comes with so you can suck on my cock |
| 14251 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | Yeah |
| 14252 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16039131368 Marie Laughton | | | That should be already in the studio. I think the reception should've already of gotten a hold of it and put it in there by now. |
| 14253 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | Yeah |
| 14254 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16039131368 Marie Laughton | | | You don't have to spend the night with me tomorrow, but it would be nice because I haven't slept with somebody in so long it's been since Lisa passed and it would be nice to experiment sleeping with you and it'll be our first ever like not even our remake of our first things like we're in a new relationship and each thing that we do for the first time is new for the relationship and we're setting our I think we're going to set our anniversary as when we got back together this time but I mean it would be nice to spend some time with you even if you didn't spend the night maybe if you just after we have dinner and had sex or whatever we just lay down together_ |
| 14255 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I know |
| 14256 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16039131368 Marie Laughton | | | So I won't make you stay if you don't want to, but when we do have dinner tomorrow, I mean we could have McDonald's again or we could try to do something a little healthier I mean I don't think he'll wanna spend to go to the Olive Garden that might be a little too much right now, so we might have to save that for the beginning of the month |
| 14257 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | Yeah |
| 14258 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I'm leaving work now babe |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14259 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16039131368 Marie Laughton | | | Ok baby |
| 14260 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I'm home now babe |
| 14261 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16039131368 Marie Laughton | | | Ok baby |
| 14262 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton | I'm ready to do our good night call whenever you are |
| 14263 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton<br><br>+16032333040 Lindz | +16039131368 Marie Laughton | | | I'm ready |