| # | Participants | From | To | Participants Timestamps | Body |
|---|---|---|---|---|---|
| 8832 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:19:24 PM(UTC-4) | And I bet you did not get pics of the little girls today |
| 8833 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:19:24 PM(UTC-4) | Questioned "I will be getting home in a couple of hours " |
| 8834 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040<br>Lindz | +16039131368 Marie<br>Laughton | +16039131368 Marie Laughton  -<br>Delivered:6/14/2023 5:19:55 PM(UTC-<br>4); Read: 6/14/2023 5:20:14 PM(UTC-<br>4) | I'm leaving it up to my dad he didn't say anything about it yet |
| 8835 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040<br>Lindz | +16039131368 Marie<br>Laughton | +16039131368 Marie Laughton  -<br>Delivered:6/14/2023 5:20:19 PM(UTC-<br>4); Read: 6/14/2023 5:20:19 PM(UTC-<br>4) | I didn't have any girls in diapers |
| 8836 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:20:47 PM(UTC-4) | Oh, the girls that you show me your in diapers still |
| 8837 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:20:48 PM(UTC-4) | And I thought we were passing on stuff tonight that's why you weren't gonna suck your dad tonight |
| 8838 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040<br>Lindz | +16039131368 Marie<br>Laughton | +16039131368 Marie Laughton  -<br>Delivered:6/14/2023 5:21:16 PM(UTC-<br>4); Read: 6/14/2023 5:21:17 PM(UTC-<br>4) | |
| 8839 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:21:27 PM(UTC-4) | Ok |
| 8840 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040<br>Lindz | +16039131368 Marie<br>Laughton | +16039131368 Marie Laughton  -<br>Delivered:6/14/2023 5:21:47 PM(UTC-<br>4); Read: 6/14/2023 5:21:47 PM(UTC-<br>4) | Yes the girls were still in diapers |
| 8841 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:21:54 PM(UTC-4) | Oh |

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| 8842 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:22:21 PM(UTC-4) | Then they are too young and even the boys |
| 8843 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040<br>Lindz | +16039131368 Marie<br>Laughton | +16039131368 Marie Laughton  -<br>Delivered:6/14/2023 5:22:26 PM(UTC-4); Read: 6/14/2023 5:22:26 PM(UTC-4) | No they are not |
| 8844 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:22:27 PM(UTC-4) | I don't want to see any more pictures not right now |
| 8845 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040<br>Lindz | +16039131368 Marie<br>Laughton | +16039131368 Marie Laughton  -<br>Delivered:6/14/2023 5:22:46 PM(UTC-4); Read: 6/14/2023 5:22:46 PM(UTC-4) | I will still do pictures cause they are not to young |
| 8846 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:23:03 PM(UTC-4) | Well, I don't like the idea that they're still in diapers |
| 8847 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:23:11 PM(UTC-4) | I mean what if we were having some sort of sexual activity with one of them and they pissed all over us |
| 8848 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040<br>Lindz | +16039131368 Marie<br>Laughton | +16039131368 Marie Laughton  -<br>Delivered:6/14/2023 5:23:36 PM(UTC-4); Read: 6/14/2023 5:23:36 PM(UTC-4) | We will still do them even in diapers and I don't mind them piss on us |
| 8849 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:23:42 PM(UTC-4) | Well, there was any sort of way that I was gonna feel horny tonight |
| 8850 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:24:12 PM(UTC-4) | Wait a minute I thought I was the only one that was gonna pee on you |
| 8851 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368<br>Marie Laughton | +16032333040 Lindz<br>(owner) | +16032333040 Lindz (owner)  - Read:<br>6/14/2023 5:24:21 PM(UTC-4) | I don't want one of the little girls to pee on me or one of the little boys plus I'm not really into the boys as much as the girls |
| 8852 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040<br>Lindz | +16039131368 Marie<br>Laughton | +16039131368 Marie Laughton  -<br>Delivered:6/14/2023 5:24:33 PM(UTC-4); Read: 6/14/2023 5:24:33 PM(UTC-4) | You are and I still want to do them |

| | | | | |
|---|---|---|---|---|
| 8853 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 5:25:00 PM(UTC-4) | Not if they're in diapers not if they can't control their stuff |
| 8854 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 5:25:07 PM(UTC-4) | So now I'm turned off |
| 8855 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 5:25:19 PM(UTC-4) | They can control them selves |
| 8856 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 5:26:08 PM(UTC-4); Read: 6/14/2023 5:26:26 PM(UTC-4) | Cause they only wear diapers at nap time |
| 8857 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 5:26:42 PM(UTC-4) | OK but still |
| 8858 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 5:26:51 PM(UTC-4); Read: 6/14/2023 5:26:51 PM(UTC-4) | We are still doing them |
| 8859 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 5:26:56 PM(UTC-4) | They are too young because you said they only want me to rub my dick on their pussies and I want little girls that are at least a little bit older that I could put my dick in them |
| 8860 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 5:27:17 PM(UTC-4); Read: 6/14/2023 5:27:17 PM(UTC-4) | You can put your dick in them |
| 8861 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 5:27:23 PM(UTC-4) | I am having a bit of a rough day because I have them a little depressed and I have been trying to figure out why I'm not as horny today and you know that's why I said to pass on Dad tonight because I didn't know if I was going to be horny enough to do it |
| 8862 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 5:27:50 PM(UTC-4) | I don't like this back-and-forth back-and-forth of oh you could put your dick in them all know you can't because they said they just wanted in. You know on the to be rubbed on them like that's why it to be honest the kids really aren't my thing. |

8832-8867

| | | | | | |
|---|---|---|---|---|---|
| 8863 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 5:28:11 PM(UTC-4); Read: 6/14/2023 5:28:49 PM(UTC-4) | I wasn't being serious |
| 8864 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 5:30:52 PM(UTC-4) | Well you know when I say I'm really not wanting to do the kids I'm serious there's a lot of different reasons why and I don't want it to seem like I'm being picky but I only really want the little girls. I like the little boys to but see that's the thing you want to do both and I don't mind a little boys way The thing is is that there's so many risks involved and I would rather just stick to adults or kids that we might have and because honestly I took a nap and everything is a blur from today. I'm really confused I mean there's so many things I need to go over with you to make sure that like I understand it correctly like you want the guys to come in you, but then you said you want them to wear a condom the first time you know like so many different things that we were talking about first she wanted them all to wear condoms always and then now you want them to wear a condom the first time because you don't trust them but yet you're willing to let them get you pregnant so that we can just pass it off as mine. This is a lot and I just I really wish we would just give up the fantasy of the kids. |
| 8865 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 5:32:07 PM(UTC-4) | They don't have to wear a condom |
| 8866 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 5:32:58 PM(UTC-4); Read: 6/14/2023 5:34:15 PM(UTC-4) | We can do a little girl |
| 8867 | +16039131368 Marie Laughton<br><br>+16032333040 Lindz (owner)<br>(owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 5:35:06 PM(UTC-4) | If you haven't even tried to figure out, why am depressed today or even a way to get me horny again you just were willing to pass on it |