| # | Chat # | Start Time: Time | Participants | From | To | Participants Timestamps | Body |
|---|--------|------------------|--------------|------|----|-------------------------|------|
| 8575 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:08:48 PM(UTC-4); Read: 6/14/2023 2:08:48 PM(UTC-4) | We are doing it with the kids |
| 8576 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:09:04 PM(UTC-4) | This took a turn I I did not like and I just want it to be cute us |
| 8577 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:09:39 PM(UTC-4); Read: 6/14/2023 2:09:39 PM(UTC-4) | I want to do the kids with you |
| 8578 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:09:54 PM(UTC-4) | And if you cheat then I will just be with you no sex |
| 8579 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:10:06 PM(UTC-4); Read: 6/14/2023 2:10:06 PM(UTC-4) | I'm not going to cheat I want to be a prostitute with you |
| 8580 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:10:19 PM(UTC-4) | I don't want to do anything at all and I don't want to talk about it |
| 8581 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:10:27 PM(UTC-4); Read: 6/14/2023 2:10:27 PM(UTC-4) | We are fucking doing it |
| 8582 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:10:40 PM(UTC-4); Read: 6/14/2023 2:10:40 PM(UTC-4) | I had a fantasy of doing it with your brother |
| 8583 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:12:04 PM(UTC-4) | Nasty |
| 8584 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:12:11 PM(UTC-4); Read: 6/14/2023 2:12:11 PM(UTC-4) | Well you wanted to do my sister |
| 8585 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:12:26 PM(UTC-4) | He is against that and has a girlfriend |
| 8586 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:12:35 PM(UTC-4) | I don't want to do your sister |
| 8587 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:12:42 PM(UTC-4); Read: 6/14/2023 2:12:42 PM(UTC-4) | We are doing my sister |
| 8588 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:13:08 PM(UTC-4) | No |

| 8589 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:13:14 PM(UTC-4); Read: 6/14/2023 2:13:14 PM(UTC-4) | We are doing my kids at work |
|------|---|------|------|------|------|------|------|
| 8590 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:13:19 PM(UTC-4) | I said us and no one else |
| 8591 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:13:21 PM(UTC-4) | No |
| 8592 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:13:27 PM(UTC-4); Read: 6/14/2023 2:13:27 PM(UTC-4) | WE ARE DOING THIS |
| 8593 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:13:35 PM(UTC-4) | It's too much |
| 8594 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:13:37 PM(UTC-4); Read: 6/14/2023 2:13:37 PM(UTC-4) | MY KIDS WANT US TO DO IT |
| 8595 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:13:53 PM(UTC-4) | They are too young |
| 8596 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:14:09 PM(UTC-4); Read: 6/14/2023 2:14:09 PM(UTC-4) | Answer my call |
| 8597 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:14:14 PM(UTC-4); Read: 6/14/2023 2:14:14 PM(UTC-4) | They are not to young |
| 8598 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner) - Read: 6/14/2023 2:14:27 PM(UTC-4) | Do not call me mom is right here and it says your name |
| 8599 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:14:33 PM(UTC-4); Read: 6/14/2023 2:14:33 PM(UTC-4) | So go some where else |
| 8600 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:14:44 PM(UTC-4); Read: 6/14/2023 2:14:44 PM(UTC-4) | I'm horny |
| 8601 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:15:11 PM(UTC-4); Read: 6/14/2023 2:15:11 PM(UTC-4) | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8602 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:15:30 PM(UTC-4); Read: 6/14/2023 2:15:30 PM(UTC-4) | I want to do it |
| 8603 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 2:15:43 PM(UTC-4) | Well to be honest, I'm not horny right now. I got off earlier when we were talking about other stuff. |
| 8604 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:15:49 PM(UTC-4); Read: 6/14/2023 2:15:49 PM(UTC-4) | I want to do it |
| 8605 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 2:15:54 PM(UTC-4) | And you can't keep calling and having the phone announce your name when my mom is sitting right there and now I'm mad |
| 8606 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:16:08 PM(UTC-4); Read: 6/14/2023 2:16:08 PM(UTC-4) | I have something to put in may pussy |
| 8607 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 2:16:15 PM(UTC-4) | We'll put it in your pussy then |
| 8608 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:16:25 PM(UTC-4); Read: 6/14/2023 2:16:25 PM(UTC-4) | And you will see it |
| 8609 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:16:33 PM(UTC-4); Read: 6/14/2023 2:16:33 PM(UTC-4) | Then goodbye cause I was going to show you |
| 8610 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16039131368 Marie Laughton | +16032333040 Lindz (owner) | +16032333040 Lindz (owner)  - Read: 6/14/2023 2:17:03 PM(UTC-4) | You're gonna break up with me fine do that |
| 8611 | 8 | 5/10/2023 6:06:49 PM(UTC-4) | +16039131368 Marie Laughton +16032333040 Lindz (owner) (owner) Unknown | +16032333040 Lindz | +16039131368 Marie Laughton | +16039131368 Marie Laughton - Delivered:6/14/2023 2:17:11 PM(UTC-4); Read: 6/14/2023 2:17:11 PM(UTC-4) | Than go in the bathroom |